# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

JIUZHOU WANG
*Plaintiff*

v.

TCM GROUPS INC., ET AL.
*Defendant*

FILED
IN CLERKS OFFICE

Civil Action No.: 1:26-CV-13710-WGY

2026 SEP 23 A 9:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TCM GROUPS INC
c/o VCORP AGENT SERVICES, INC, Registered Agent
155 Federal Street, Suite 700
Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jiuzhou Wang
24 Butterfield Road
Lexington, MA 02420, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ - Matthew Paine
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

ISSUED ON 2026-09-03 10:21:27, Clerk USDC DMA

Civil Action No.: **1:26–CV–13710–WGY**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

**Suffolk County Sheriff's Department • 132 Portland Street Boston, MA 0211 • (617) 704-6999**
**Suffolk, ss.**

**September 22, 2026**

**I hereby certify and return that on 9/18/2026 at 11:45 AM I served a true and attested copy of the Summons and First Amended Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of TCM Group Inc, at C/o VCORP, Suite 700 155 Federal Street Boston, MA 02110 and by mailing 1st class to the above address on 9/18/2026. In this service hereof it was necessary and I actually used a motor vehicle 1 miles. Service was made by giving in hand to, at time of service. Administrative Fee ($15.00) Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($1.00) Deputy Expense ($5.00) Total: $57.30**

Deputy Sheriff Rowan Baptiste Jr.

☐ Other (specify) :

My fees are $ ________ for travel and $_________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date

*Server's Signature*

*Printed name and title*

*Server's Address*

Additional information regarding attempted service, etc: