# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

SHERIFF'S OFFICE
SOMERSET COUNTY, NJ
RECEIVED

2026 SEP -9 A 11: 14

JIUZHOU WANG

*Plaintiff*

v.

TCM GROUPS INC., ET AL.

*Defendant*

Civil Action No.:
1:26-CV-13710-WGY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jinsong Xing
15 Firestone Ct
Skillman, NJ 08558-2336

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jinzhou Wang
24 Butterfield Road. Lexington, MA 02420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Matthew Paine
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

ISSUED ON 2026-09-03 10:21:27, Clerk USDC DMA

# REPORT OF PROCESS SERVICES

SHERIFF'S NO. 391

I, Darrin J. Russo, Sheriff of Somerset County, Do Hearby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

Darrin J. Russo, Sheriff

Witness My Hand and Seal, This Day Of Wednesday, September 9, 2026

By ____________________

Undersheriff

**Sheriff's Fees:** $33.00

| Defendant's Name/Address | Date Served / Time Served | Type * | Person Served other than Defendant / Position |
|---|---|---|---|
| XING, JINSONG<br>15 FIRESTONE COURT<br>SKILLMAN | Date Served: 9/23/26<br>Time Served: 1205 | B | Person Served other than Defendant: ~~MINCHU~~, MIN CHU<br>Position: WIFE |

Type of Service Provided: SUMMONS

Service Type Description: FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

| Attempt | | Attempt | | Attempt | |
|---|---|---|---|---|---|
| Officer # | Status | Officer # | Status | Officer # | Status |
| Date | Time | Date | Time | Date | Time |

Type Of Service:

A. Personal Service
(B.) Household Member Over Age 14, At Usual Place of Abode.
C. Served Corporation's Registered Agent (Give Name/Authorized Position).
D. Unable To Serve At This Address.
E. Out Of State.
F. Other (Specify) ----------------------------------------

I Served The Within Documents, And/Or A true Copy Thereof.

Officer Notes:

Docket Number: 126CV13710WGY

Plaintiff Name: JIUZHOU WANG (PRO SE)

S/O Name Print: S/o Howel OP # 2352

S/O Signature: [signature] 2352

Sheriff's Officer
Tel. (908-231-7140)

Elizabeth M Konkle
NOTARY PUBLIC
State of New Jersey
ID # 50165668
My Commission Expires 7/16/2031

Elizabeth M Konkle
NOTARY PUBLIC
State of New Jersey
My Commission Expires ~~7/16/2026~~

Elizabeth M Konkle
9/24/2026

Out Of State:

Age: 40's
Sex: F
Weight: 125
Height: 5'8

Skin: WHITE
Hair: BLACK
Military Service: N/A

Attorney Name and Address

JIUZHOU WANG
24 BUTTERFIELD ROAD
LEXINGTON MA 02420

ORIGINAL-TRENTON 1ST-SHERIFF'S COPY 2ND-ATTORNEY'S COPY