UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIUZHOU WANG,<br><br>Plaintiff,<br><br>v.<br><br>TCM GROUPS INC., SHANGHAI XIHUA SCIENTIFIC CO., LTD., and JINSONG XING,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:26-cv-13710-WGY |

**NOTICE OF APPEARANCE OF DAVID I. BRODY**

Please enter the appearance of David I. Brody of Sherin and Lodgen LLP, One Lincoln Street, 14th Floor, Boston, Massachusetts 02111 as counsel for the defendants TCM Groups Inc. and Jinsong Xing in this matter.

TCM GROUPS INC. and JINSONG XING

By their attorney,

/s/ David I. Brody
David I. Brody, BBO #676984
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
617.646.2000
dibrody@sherin.com

Dated: October 9, 2026

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be electronically mailed to those indicated as non-registered participants on the date specified below.

Dated: October 9, 2026

/s/ David I. Brody
David I. Brody