UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIUZHOU WANG,<br><br>Plaintiff,<br><br>v.<br><br>TCM GROUPS INC., SHANGHAI XIHUA SCIENTIFIC CO., LTD., and JINSONG XING,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:26-cv-13710-WGY |

**DEFENDANTS TCM GROUPS INC. AND DR. JINSONG XING'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), and, in the alternative, the doctrine of forum non conveniens, defendants TCM Groups Inc. ("TCM") and Dr. Jinsong Xing ("Dr. Xing") move to dismiss the claims against them in plaintiff Jiuzhou Wang's ("Plaintiff") First Amended Complaint ("Complaint"). This Court should grant this Motion and dismiss the Complaint as to TCM and Dr. Xing because the alleged discretionary bonus is not a wage, the Offer Letter does not impose the obligations Plaintiff alleges against TCM or Dr. Xing, and the equity claims are premature.

In support of this Motion, TCM and Dr. Xing rely on their Memorandum and Declaration of Counsel (and attached Exhibits), filed herewith.

WHEREFORE, TCM Groups Inc. and Dr. Jinsong Xing request that the Court grant this Motion and dismiss the claims in the Complaint against TCM and Dr. Xing.

Respectfully submitted,

/s/ David I. Brody
David I. Brody, BBO #676984
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
617.646.2000
dibrody@sherin.com
*Attorney for Defendants TCM Groups Inc. and Dr. Jinsong Xing*

LUCOSKY BROOKMAN LLP
101 S Wood Ave,
Iselin, NJ 08830
732.395.4400
Willard C. Shih
NJ Bar No. 037121996
wshih@lucbro.com
*Pro Hac Vice Application Forthcoming*

Dated: October 9, 2026

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I certify that defendant's counsel has conferred with plaintiff who is proceeding *pro se* and attempted in good faith to resolve or narrow the issues underlying this Motion but were unable to reach agreement.

Dated: October 9, 2026

/s/ David I. Brody
David I. Brody

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be electronically mailed to those indicated as non-registered participants on the date specified below.

Dated: October 9, 2026

/s/ David I. Brody
David I. Brody