UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIUZHOU WANG,<br><br>Plaintiff,<br><br>v.<br><br>TCM GROUPS INC., SHANGHAI XIHUA SCIENTIFIC CO., LTD., and JINSONG XING,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:26-cv-13710-WGY |

**[PROPOSED] ORDER GRANTING DEFENDANTS TCM GROUPS INC. AND DR. JINSONG XING'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

The Court finds that the requested relief is based on good cause shown. Accordingly, the Court GRANTS the Defendants TCM Groups Inc. and Dr. Jinsong Xing's Motion to Dismiss the First Amended Complaint (Dkt. No. 6) and hereby ORDERS that:

1. Plaintiff's First Amended Complaint as to TCM Groups Inc. and Dr. Jinsong Xing is DISMISSED.

**IT IS SO ORDERED.**

Dated: ___________________________

_______________________________
HON. WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE