UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIUZHOU WANG,<br><br>Plaintiff,<br><br>v.<br><br>TCM GROUPS INC., SHANGHAI XIHUA SCIENTIFIC CO., LTD., and JINSONG XING,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:26-cv-13710-WGY |

**DECLARATION OF COUNSEL IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, David I. Brody, depose and state as follows:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts and a partner at the law firm of Sherin and Lodgen LLP. Sherin and Lodgen LLP represents defendants TCM Groups Inc. and Jinsong Xing in this action.

2. Attached as Exhibit 1 is a true and accurate copy of the Offer Letter dated March 14, 2022.

Signed under penalty of perjury this 9th day of October, 2026.

/s/ David I. Brody
David I. Brody

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be electronically mailed to those indicated as non-registered participants on the date specified below.

Dated: October 9, 2026

/s/ David I. Brody
David I. Brody