# EXHIBIT 1

TCM Groups Inc.
495 Plainfield Ave.
Berkley Heights, NJ 07922

Xihua Scientific 熙华检测

**PRIVATE & CONFIDENTIAL**

Mar 14, 2022

Dr. Jiuzhou Wang

**Dear Dr. Wang,**

We are pleased to confirm our offer for you to join TCM Groups Inc. (hereinafter referred to as "the Company" or "TCM"). This letter sets out the terms of your employment effective Jan 04, 2022. Please sign and return one copy to the company as your formal acceptance of this job offer.

**1. The Position and Responsibilities**

1.1 Your title is Vice President.
1.2 This position is based in US and China, you are expected to work for about 3 months in China and 9 months in US per year.
1.3 You will report to TCM CEO.
1.4 Your job responsibilities include but not limited to:

- Assist TCM CEO to develop business planning and execute plan for business development,
- Ensure full compliance with pertinent regulations,
- Directly supervise projects and routinely communicate with clients and internal team members,
- Communicate and interface with business partners and regulatory agencies.

1.5 As an employee, you will be required to comply with all company policies and procedures.

**2. Remuneration Package**

2.1 **Annual Package**

Total Annual Base Package: **USD 285,000**

You are entitled to join TCM's 401K program and have health insurance covered for you and your family per US government laws and company policies.

2.2 **Personal Taxation**

It will be your responsibility for filing and settling your personal income taxes.

2.3 **Payroll Direct Deposit**

Your salary will be paid twice each month electronically into your nominated bank account.

2.4 **Performance reviews**

- Your performance will be determined by the management and salary increase will be adjusted according to Xihua compensation policies and guidelines. Formal performance

TCM Groups Inc.
495 Plainfield Ave.
Berkley Heights, NJ 07922

Xihua Scientific
熙华检测

review will take place annually. Your target bonus is up to 30% of your Total Annual Base Package (285,000 USD). The actual amount of bonus payout will be determined by TCM and its parent company if any based on TCM's overall performance and your personal performance.

**3. Paid Time Leave**

You will be entitled to have 20 days of paid vacation time each year.

**4. Stock Option**

Shanghai Xihua Scientific Co., Ltd, TCM's parent company, will grant you stock option equivalent to 1.5% of Xihua Clinical Services Co. Ltd, which is subsidiary company of Shanghai Xihua Scientific Co., Ltd. Xihua Clinical Services Co., Ltd. offers services including data management, statistics, pharmacovigilance, and pharmacometrics. The exercise cost is 1.00 RMB/share. There is no open market price currently for Xihua Clinical Services Co., Ltd.

We will also grant you stock option equivalent to 100,000 shares of Shanghai Xihua Scientific Co., Ltd. The exercise cost is 10 RMB/share. The current market price is 90.2 RMB/share.

The stock option will be vested in following schedule: 40% of your total target amount on 2nd anniversary after you joined TCM and the remaining 60% on the 5th anniversary after you joined TCM.

To protect the value of your granted stock, Xihua Scientific Co., Ltd. will guarantee the market value of your total stock at minimum of three million USD by the time your stock option is fully vested (your 5th anniversary at TCM). If the value is less than three million USD, we will grant you more stock to make the difference. If you leave TCM before your 5th anniversary at TCM, the unvested stock option will be returned to the company.

**5. Termination of Employment**

Either party may terminate this contract of service by giving the other party notice in writing or salary in lieu of notice without assigning any reason whatsoever. The termination notice is two (2) months for confirmed employees.

Xihua may terminate your employment at any time without prior notice if you:

- Are found guilty of any grave misconduct or wilful neglect in the discharge of your employment duties;
- Are convicted of any criminal offence, other than an offence, which in the reasonable opinion of Xihua, does not affect your position as an employee.

In the event that you resign to take up employment with an employer deemed to be a direct business competitor of TCM, the Company may choose at its discretion to waive the two (2) months notice period and apply a period of notice consistent with the minimum statutory/award requirements at such time. Companies considered as direct business competitors include but not limited to pharmaceutical CRO.

On termination of your employment, you must immediately return to the Company all property, documents and items relating to Company's business. This includes but is not limited to any papers,

keys, records, documents and other information, in whatever form, relating in any way to Company. The un-granted stock option will be returned to the Company.

In the event that the company terminates your employment due to the other reasons not listed in this section, the company will grant the stock based on the number of years rounded up to the whole year which you will have served the company rather than the schedule listed in Section 4, for example, if this happens in any month of 2025, you will get 60% of your target amount. In addition, the company will pay you additional cash equivalent to salary of 3 months.

The company will exclude your activities to fulfil your pre-existing business contracts as breach of this employment agreement. The pre-existing business contracts are defined as contracts signed before Nov 10th 2017, with Zhejiang Hisuan Pharmaceutical Co., Ltd. and Wuhan Renfu Pharmaceutical Co., Ltd.

**6. Confidentiality and Intellectual Property Rights**

6.1 The "Confidentiality Agreement" that you have signed with the Company shall remain in effect. You shall observe all the obligations stipulated therein.

Specifically, you must not (other than in the proper course of your duties or as may be required by law);

6.1.1 Divulge or disclose to any other person or corporation, without the prior written consent of TCM any confidential information relating to TCM or a related or associated corporation or customer or its or their respective businesses or any trade secrets of which you may become possessed while employed by TCM.

6.1.2 Use of or attempt to use any such confidential information in any manner that may cause or be calculated to cause injury or loss to TCM, or a related or associated corporation, or customer, or any of them.

6.1.3 The confidential information referred to above includes but is not limited to: scientific data, protocols, experiment design, assays, company procedures and policies, customer information, sales records, pricing strategies, business plans, product specifications, financial results and employee records and information.

6.2 During your employment you must use your best endeavours to prevent the unauthorised disclosure of any such confidential information by third parties. This restriction will cease to apply to information or knowledge that may come into the public domain.

6.3 To the extent permitted by law, you agree to waive all moral rights of any kind or nature whatsoever. In the event a waiver is required to be in effect in relation to specific intellectual property, you agree that you will execute any documents required by TCM.

6.4 All designs, slogans, sales promotion techniques, programs or devices relating to the business of TCM which are discovered, invented, improved or developed by you during the course of your employment (whether during regular business hours or otherwise) will be the property of TCM (whether conceived or developed by you solely or jointly with others), and you must execute any documents and do all things as may be required by TCM to assign the title to such property to TCM provided the company will bear all costs and expenses related thereto.

TCM Groups Inc.
495 Plainfield Ave.
Berkley Heights, NJ 07922

Xihua Scientific
熙华检测

**7. Starting Date and Term of Employment**

You will start your employment with Xihua on April 25th, 2022. This offer of employment is valid until April 15th, 2022. Please let us know your decision by signing of this offer letter and returning it to the Company.

The term of employment shall be 5 years starting from your on boarding date.

**8. General**

This offer letter is the final and contingent upon the satisfaction of the reference check and supersedes all previous offers including any written, oral or implied one.

Yours sincerely,

Jinsong Xing, PhD
Chairman of the Board
Shanghai Xihua Scientific Co., Ltd.

Maiwei Chen, PhD
President & CEO
TCM Groups Inc.

**Acceptance of Job Offer from TCM Groups Inc.**

I have read the above TCM Groups Inc. Employment Offer Letter and hereby agree to the terms and conditions contained in this document.

Jinzhou Wang 14MAR2022
Signature /Date