**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

JIUZHOU WANG,
Plaintiff,

Civil Action No. 1:26-cv-13710-WGY

v.

TCM GROUPS INC., SHANGHAI XIHUA SCIENTIFIC CO., LTD., and JINSONG XING,
Defendants.

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Jiuzhou Wang, proceeding pro se, moves under Fed. R. Civ. P. 6(b)(1)(A) for a 21-day extension of the time to respond to the Motion to Dismiss filed by Defendants TCM Groups Inc. and Jinsong Xing (Dkt. 14), from October 23, 2026 to November 13, 2026, and that the deadline for any reply Defendants are permitted to file be extended to November 30, 2026. Defendants have assented to this motion on those terms. In support, Plaintiff states:

1. Defendants filed their Motion to Dismiss, supporting memorandum, and declaration on October 9, 2026 (Dkts. 14–16). Under Local Rule 7.1(b)(2), Plaintiff's opposition is due October 23, 2026.

2. Plaintiff is self-represented. Defendants’ memorandum seeks dismissal of all six counts of the First Amended Complaint on multiple independent grounds, including forum non

conveniens and questions touching on foreign law, and Plaintiff requires additional time to prepare a complete and orderly response.

3. This is Plaintiff's first request for an extension of this deadline. No scheduling order has entered, and no other deadline is affected. The extension will not prejudice Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court extend his time to respond to the Motion to Dismiss (Dkt. 14) to November 13, 2026, and extend the deadline for any reply Defendants are permitted to file to November 30, 2026.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify that on October 12, 2026, I conferred by email with David I. Brody, Esq., counsel of record for Defendants TCM Groups Inc. and Jinsong Xing, regarding this motion. Willard Shih, Esq., of Lucosky Brookman LLP was also a recipient of that email. On October 13, 2026, Mr. Shih responded on Defendants’ behalf and assented to the requested extension on the condition that the deadline for any reply Defendants are permitted to file be extended to November 30, 2026. Plaintiff agreed to that condition by email the same day.

Respectfully submitted,

/s/ Jiuzhou Wang
Jiuzhou Wang, pro se
24 Butterfield Rd
Lexington, Massachusetts 02420
(847) 877-8799 · jiuzhouw@yahoo.com

Dated: October 13, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants, on October 13, 2026.

/s/ Jiuzhou Wang